PEARSON, J.

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| LAURA JONES, *et al.*, | ) |
| | ) CASE NO. 1:17CV2077 |
| Plaintiffs, | ) |
| | ) |
| v. | ) JUDGE BENITA Y. PEARSON |
| | ) |
| MELISSA D. WATSON, *et al.*, | ) |
| | ) |
| Defendants. | ) **ORDER OF DISMISSAL** |

On February 13, 2018, the parties informed the Court that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and in accordance with an agreement among the parties and counsel, the parties voluntarily stipulate to the dismissal of this case with prejudice. ECF No. 53.

The Case Management Conference set on February 21, 2018 is cancelled.

IT IS SO ORDERED.

 February 14, 2018               */s/ Benita Y. Pearson*
Date                              Benita Y. Pearson
                                  United States District Judge